UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARLTON XAVIER MATTHEWS,
    Plaintiff,

vs.                                      Case No.: 5:22cv306/TKW/MJF

T. JOHNSON and OFFICER FOSTER,
    Defendants.
_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under the three-strikes statute, 28 U.S.C. §1915(g), and as an abuse of the judicial process based on Plaintiff's failure to fully disclose his litigation history. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** under the three-strikes statute and as an abuse of the judicial process.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 10th day of February, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**